**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 28, 2018

King County Superior Court
516 3rd Ave
Seattle, WA 98104

RE: *Peterson v. Kennewick et al*
Case #2:18-cv-01302-BJR

Dear Clerk:

Please find enclosed the certified copy of Judge Barbara J. Rothstein's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: ~~No Court Number~~  19-2-02157-8 SEA

*Assigned to Judge*: Messitt Dept 36

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Tomas Hernandez,
*Deputy Clerk*

Enclosures

[Stamps: RECEIVED MAR 06 2019 DEPARTMENT OF JUDICIAL ADMINISTRATION; MAIL; MAR 08 2019 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON]

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES